UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MARK S. GELBS a/k/a MARK STEVEN GELBS a/k/a MARK GELBS<br>Debtor | : CHAPTER 13<br>:<br>:<br>: CASE NO: 5-22-bk-01871-MJC<br>:<br>: MOTION TO DISMISS CASE |

## AMENDED NOTICE TO PARTIES

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss Case for failure to file 2020 tax returns with the IRS and for failure to make payments.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 S. Main Street<br>Wilkes Barre, PA 18701 | Date: March 16, 2023<br><br>Time: 10:00 AM |
|---|---|
| | |

Any objection/response to the above referenced matter must be filed and served on or before: **March 8, 2023.**

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

|  |  |
|---|---|
|  | Jack N. Zaharopoulos<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br>Phone: (717) 566-6097 |
| Dated: February 27, 2023 | Email: info@pamd13trustee.com |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MARK S. GELBS a/k/a MARK STEVEN GELBS a/k/a MARK GELBS | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| MARK S. GELBS a/k/a MARK STEVEN GELBS a/k/a MARK GELBS | : | |
| Respondent | : | CASE NO. 5-22-bk-01871-MJC |

CERTIFICATE OF SERVICE

AND NOW, this 27th day of February, 2023, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Steven Savoia, Esquire
621 Ann Street
P.O. Box 263
Stroudsburg, PA 18360

Mark Gelbs
167 Water Tower Circle
East Stroudsburg, PA 18301

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

/s/Deborah A. Behney
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee