United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01871-MJC |
| Mark S Gelbs | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Apr 24, 2023 | Form ID: ntcnfhrg | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark S Gelbs, 167 Water Tower Circle, East Stroudsburg, PA 18301-9405 |
| 5499813 | + | Blue Mountain Lake Club, 121 Pocahantas Road, Suite 3, East Stroudsburg, PA 18301-8129 |
| 5499814 | | Bureau Investment Group Port No 15 LLC, c/o Alpha Recovery Corp., 6912 S. Quentin St., Suite 10, Centennial, CO 80122 |
| 5499816 | | Commonwealth of Pennsylvania, Department of Revenue, PO Box 280431, Harrisburg, PA 17128?0431 |
| 5506454 | + | Eileen Gelbs, 3178 Cherry Ridge Rd, Bushkill, PA 18324-7872 |
| 5499823 | | OneMain Financial Group LLC, 158 Eagles Glen Plaza, Suite 101, East Stroudsburg, PA 18301 |
| 5533354 | | PPL Electric Utilities, 2 N 9th St, Allentown, PA 18101-1179 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 24 2023 18:39:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 24 2023 18:39:00 | US Bank Trust National Association, Not In Its Ind, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 24 2023 18:47:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5500422 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 24 2023 18:39:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5509481 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 24 2023 18:47:26 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5499815 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2023 18:47:17 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5499817 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 24 2023 18:47:10 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5499818 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 24 2023 18:39:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101?7346 |
| 5499819 | ^ | MEBN | Apr 24 2023 18:34:29 | Enterprise Rent A Car PRM, Damage Recovery Unit BOB, PO Box 801988, Kansas City MO 64180-1988 |
| 5499820 | | Email/Text: ECF@fayservicing.com | Apr 24 2023 18:39:00 | Fay Servicing, LLC, 1601 LBJ Freeway, Suite 150, Farmers Branch, TX 75234 |
| 5506455 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 24 2023 18:39:00 | GM Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 5506456 | | Email/Text: ktramble@lendmarkfinancial.com | Apr 24 2023 18:39:00 | Lendmark Financial, 2118 Usher Street NW, |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Covington, GA 30014 |
| 5505331 | | Email/Text: ktramble@lendmarkfinancial.com | Apr 24 2023 18:39:00 | Lendmark Financial Services, LLC., 2118 Usher Street NW, Covington, GA 30014 |
| 5499821 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2023 18:47:12 | LVNV Funding LLC, Re: Credit One, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5499611 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2023 18:47:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5499539 | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 24 2023 18:39:00 | US Bank Trust National Association, Not In Its, c/o c/o MCCALLA RAYMER LEIBERT PIERCE, L, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5499822 | | Email/PDF: cbp@onemainfinancial.com | Apr 24 2023 18:47:09 | OneMain Financial Group LLC, PO Box 3251, Evansville IN 47731-3251 |
| 5499824 | ^ | MEBN | Apr 24 2023 18:34:20 | Tate & Kirlin Associates, Inc., 580 Middletown Blvd., Suite 240, Langhorne, PA 19047-1876 |
| 5500154 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 24 2023 18:47:26 | The Bureaus, Inc., c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5499825 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 24 2023 18:39:00 | Transworld Systems Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 5508537 | ^ | MEBN | Apr 24 2023 18:34:24 | US Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 26, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust mfarrington@kmllawgroup.com |
| Steven R Savoia | |

on behalf of Debtor 1 Mark S Gelbs ssavoia@ptd.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Mark S Gelbs,
aka Mark Gelbs, aka Mark Steven Gelbs,

**Debtor 1**

Chapter 13

Case No. 5:22−bk−01871−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 25, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 1, 2023  Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 24, 2023 |

ntcnfhrg (08/21)