IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Wilkes-Barre Division)

| IN RE: | MARK GELBS, | : | CASE NO: 5:22−bk−01871−MJC |
| | aka MARK S. GELBS, | : | |
| | aka MARK STEVEN GELBS, | : | |
| | | : | |
| | Debtor. | : | |
| | | : | |

**DEBTOR'S ELECTION TO CONVERT**
**CHAPTER 13 CASE TO CHAPTER 7 (ABSOLUTE RIGHT)**

AND NOW COMES MARK GELBS (the "Debtor") who files this Election to Convert his chapter 13 case to a case under chapter 7, as is his absolute right under Bankruptcy Code § 1307(a).

WHEREFORE, the Debtor respectfully requests that this Court convert the Debtor's chapter 13 case to a case under chapter 7 and grant such other and further relief as may be just.

Respectfully submitted,

Dated: May 10, 2024          /s/ Mark Gelbs
                              Debtor: Mark Gelbs